IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISTEN CHAPIN**                                                                    **PLAINTIFF**

v.                              **CASE NO. 4:24-cv-00733 BSM**

**CENTRAL ARKANSAS HOUSE BUYERS**                              **DEFENDANTS**
**LLC,** *et al.*

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE